Nancy K. McCombs
12 Geary Street, Suite #201
San Francisco, California 94108
Telephone: (415) 678-2626
Email: abelmccombs@gmail.com

Attorney for Plaintiff
Nghia Nguyen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NGHIA NGUYEN,<br><br>     Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of the Social Security Administration,<br><br>     Defendant | ) Civil Action No. 3:16-cv-00748-LB<br>)<br>) SECOND STIPULATED REQUEST<br>) EXTENDING TIME TO FILE MOTION FOR<br>) SUMMARY JUDGMENT OR REMAND<br>) AND ~~PROPOSED~~ ORDER.<br>)<br>)<br>) |

     The parties request that plaintiff shall have an additional 30 days, to and including August 25, 2016, in which to move for summary judgment. This is a change from the original date of June 28, 2016, and a change from the date of July 26, 2016, which was issued in an Order by Magistrate Judge Beeler on June 27, 2016.

     (2) Plaintiff seeks additional time because Attorney Nancy McCombs has a heavy case load.

////

////

-1-

-2-

DATED:     7/18/2016         By:     /s/ Nancy K. McCombs
                                     NANCY K. MCCOMBS,
                                     Attorney for Plaintiff


DATED:     7/18/2016         By:     /s/ Sharon Lahey
                                     SHARON LAHEY,
                                     Attorney for Defendant

IT IS SO ORDERED:

DATED:     7/19/2016         By:     [signature]
                                     LAUREL BEELER
                                     Magistrate Judge